**HEART OF THE VALLEY MOTEL v. EDWARDS**

[336 N.C. 70 (1994)]

HEART OF THE VALLEY MOTEL, INC. v. KYLE EDWARDS AND WIFE, MARY SUE EDWARDS

No. 393A93

(Filed 8 April 1994)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 111 N.C. App. 896, 433 S.E.2d 466 (1993), reversing the judgment of Allen (C. Walter), J., at the 9 March 1992 Mixed Session of Superior Court, Haywood County. Heard in the Supreme Court 18 March 1994.

*Roberts Stevens & Cogburn, P.A., by Max O. Cogburn and Vernon S. Pulliam, for plaintiff-appellee.*

*Russell L. McLean, III, for defendant-appellants.*

PER CURIAM.

The decision of the Court of Appeals is affirmed; and the cause is remanded to the Court of Appeals for further remand to the Superior Court, Haywood County, for new trial only on Issue Two submitted to the jury at the first trial.

AFFIRMED.